## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| BUDDIE A. WILKERSON,<br><br>                          Plaintiff,<br><br>v.<br><br>STATE OF UTAH, GATEWAY, and CITY CREEK,<br><br>                       Defendants. | Case No.  2:13 CV-666-DN-BCW<br><br>**ORDER ADOPTING REPORT & RECOMMENDATION**<br><br>District Judge David Nuffer<br>Magistrate Judge Brooke C. Wells |

Before the court is Magistrate Judge Wells's Report and Recommendation[1] under 28 U.S.C. § 636(b)(1)(B) recommending that the court dismiss this case for failure to state a claim on which relief may be granted under 28 U.S.C. § 1915(e)(2)(B)(ii).  No objections were filed.

The court has reviewed all relevant materials de novo and adopts the Report and Recommendation in its entirety.  Plaintiff Wilkerson's motions for service of process[2] and to add defendants are **DENIED**.[3]  The case is **DISMISSED**.

Signed November 22, 2013.

BY THE COURT

_____
District Judge David Nuffer

---

[1] Docket no. 9, filed November 1, 2013.

[2] Docket no. 4, filed July 25, 2013.

[3] Docket no. 7, filed September 24, 2013.